

So Ordered.

_____
Diane Davis
United States Bankruptcy Judge

Signed this 16 day of November, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK          CHAPTER 13 PROCEEDING
_____

IN RE:  **RAYMOND L. WRIGHT, JR.,**          **CONDITIONAL ORDER OF**
                                                                           **DISMISSAL**
                    Debtors.                              Case No.  **09-62978**

_____

A motion to dismiss this proceeding under 11 U.S.C §1307(c), having been brought by the Trustee, Mark W. Swimelar, and the matter having been scheduled for November 7, 2013, and the Trustee and the debtor's attorney having agreed to the Order, and the Court having reviewed all of the pleadings and proceedings theretofore had herein and due deliberation having been made thereon, it is accordingly

**ORDERED,** that an exparte order dismissing the case will be submitted unless the debtor submits payment to the Trustee in the amount of **$610.00** (which represents plan payments due for November and December 2013) as well as a **minimum payment of $2,500.00** (which represents tax refunds) **on or before December 30, 2013**, *or in the alternative*, the debtor files and serves a motion to modify on or before **December 13, 2013**.

###